IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS AUSTIN HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:15-CV-410-WKW |
| | ) | [WO] |
| JAY JONES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On March 2, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 12.)  Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1.      The Magistrate Judge's Recommendation (Doc. # 32) is ADOPTED;

2.      This case is DISMISSED without prejudice for Plaintiff's failure to prosecute this action.

A final judgment will be entered separately.

DONE this 24th day of March, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE